UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-2209 |
| ) | |
| ESTHER LIM, *et al*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S REQUEST FOR DISCLOSURE OF HOW AND WHY THIS COURT WAS ASSIGNED TO THIS CASE**

Plaintiff, Larry Klayman, with all due resect to this Court and its procedures and policies hereby makes a formal request for a full disclosure by this Court, the civil clerk and Chief Judge Beryl Howell, and any other involved entities or persons, setting forth in detail how and why this case was assigned to the Honorable Randolph Moss ("Judge Moss").

As this case was not designated as "related" on the civil cover sheet—since it has dissimilarities, involves a new and separate frivolous proceeding commenced by the District of Columbia Bar Disciplinary Counsel, and includes two additional defendants—to a prior case filed by Plaintiff to this Court styled *Klayman v. Fox et al* (Civil Action No. 18-cv-1579). If Defendants wished to assert and move for related status they could have done so once the complaint was served and counsel's notices of appearance entered into the record.

Days after this new case was filed, Plaintiff was informed through the Court's ECF system, that it has been assigned to this Court. This suggests that the assignment was not random but was directed to this Court.

For these important reasons, Plaintiff respectfully requests that this Court, the civil clerk

and Chief Judge Beryl Howell, and any other involved entities or persons, set forth in detail facts as to how and why this case was assigned to the Honorable Randolph Moss, in order that Plaintiff have the underlying facts and thus be fully advised how to proceed.

Dated:  September 27, 2018                                                Respectfully submitted,

/s/ Larry Klayman              
Larry Klayman, Esq.
KLAYMAN LAW GROUP, PA
c/o 7050 W. Palmetto Park Road
#15-287
Boca Raton, FL 33433
Email: leklayman@gmail.com
Tel: 561-558-5563